**FILED**

10/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0633

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0633

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.                                      O R D E R

DAVID RAY SCHULTZ,

      Defendant and Appellant.

_____

Melinda A. Driscoll, counsel for Appellant David Ray Schultz, has filed a Motion to Withdraw as Schultz's counsel and appoint the Appellate Defender Division (ADD) to represent Dulaney in his appeal because Appellant lacks the financial means to maintain private representation on appeal.

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

The Appellate Defender Division shall have until November 27, 2023, to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk is directed to provide a copy of this Order to counsel of record, to Appellant David Ray Schultz, and to the Appellate Defender Division.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 26 2023